# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DEAN COLEMAN,<br><br>Defendant. | Case No. 2:18-cr-00219-RFB-VCF<br><br>**ORDER** |

This case is before the Court on Defendant Dean Coleman's MOTION for Clarification re Legal Representation. (ECF No. 14). In his motion, Defendant Coleman seeks appointment of counsel of CJA Attorney Christopher Oram to this instant matter. Attorney Christopher Oram was appointed counsel for Mr. Coleman in USA v. Coleman, case no. 2:14-cr-00339-JCM-GWF. In the interests of maintaining the continuity of counsel and the benefits associated with such continuity and for this reason only, the Motion for Clarification Concerning Legal Representation and Appointment of Christopher Oram to this instant matter is GRANTED. Accordingly,

**IT IS ORDERED** that Assistant Federal Public Defender Paul Riddle and the Office of the Federal Public Defender is relieved as counsel for Defendant Dean Coleman.

**IT IS FURTHER ORDERED** that Attorney Christopher Oram is APPOINTED as counsel in place of and instead of Paul Riddle, AFPD for all future proceedings.

**IT IS FURTHER ORDERED** that the Federal Public Defender's office shall forward the file to Attorney Christopher Oram forthwith.

DATED: August 23, 2018.

_____
**RICHARD F. BOULWARE, II**
**United States District Judge**